# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DAVID P. MOORE, SR.                                                                                             PLAINTIFF
ADC # 112305

v.                                            4:13CV00594-JLH-JJV

ANDY SHOCK,
Sheriff, Faulkner County; *et al.*                                                                       DEFENDANTS

## **ORDER**

1. Service is appropriate for Defendants Andy Shock, John Randall, Lloyd Vincent, Seth Ferguson, Jonathan Fuentes, and Faulkner County.

2. The Clerk of the Court shall prepare Summons for these defendants.

3. The United States Marshal shall serve a copy of the Second Amended Complaint (Doc. No. 14) and Summons on these defendants without prepayment of fees and costs or security therefore.

SO ORDERED this 14th day of January, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE