# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DAVID P. MOORE, SR.　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC # 112305

v.　　　　　　　　　　　　No. 4:13CV00594 JLH-JJV

ANDY SHOCK, Sheriff,
Faulkner County; *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

David P. Moore, Sr., has filed a motion for reconsideration of this Court's Order dismissing his claims against Michael Rainwater and the law firm of Rainwater, Holt & Sexton. His claims against those defendants are based on a notice allegedly posted in the Faulkner County Detention Center warning against filing frivolous lawsuits by inmates. Moore originally contended that there was no legal basis for that notice. The Court's Order pointed out that there is a basis in Ark. Code Ann. § 16-106-203. Nevertheless, Moore contends that the notice misrepresented the substance of that statute and was a deliberate, dishonest attempt to prevent him from exercising his rights to the courts. For screening purposes only, the Court will assume that Moore has stated a claim against Michael Rainwater and the law firm of Rainwater, Holt & Sexton. The motion for reconsideration is therefore GRANTED. Document #44.

This action is again referred to United States Magistrate Judge Joe J. Volpe for proceedings consistent with this Order, including issuing an Order directing the issuance of summons and service of the summons and complaint on Michael Rainwater and the law firm of Rainwater, Holt & Sexton. Moore's alternative motion for a 15-day extension in which to file a notice of appeal is denied as moot.

IT IS SO ORDERED this 28th day of February, 2014.

                                                            */s/ J. Leon Holmes*
                                                            J. LEON HOLMES
                                                            UNITED STATES DISTRICT JUDGE