# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DAVID P. MOORE, SR.  PLAINTIFF
ADC #112305

v.                              No. 4:13CV00594 JLH-JJV

ANDY SHOCK, Sheriff,
Faulkner County; et al.                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that defendants' motion to dismiss is GRANTED, and Michael Rainwater and Rainwater, Holt, and Sexton are DISMISSED as defendants. Document #53.

IT IS SO ORDERED this 15th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE