**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DAVID P. MOORE, SR.　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC # 112305

v.　　　　　　　　　　　No. 4:13CV00594 JLH-JJV

ANDY SHOCK, Sheriff,
Faulkner County; *et al.*　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 29th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE